UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SANCHEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOEWS HOTEL HOLDING CORPORATION, et al., <br><br> Defendants. | Case No.: 19-CV-2084 W (MDD) <br><br> **ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL [DOC. 20]** |

Pending before the Court is an ex parte application[1] by Kristen L. Price to withdraw as attorney of record for Plaintiff Ramon Sanchez Jr. [Doc. 20.] Despite service of the motion on all parties on August 5, 2020, no opposition has been filed.

"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the application include: "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution

---

[1] Plaintiff styles the document as a motion. The Court interprets it as an ex parte application.

1

of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Given the procedural posture of this case, Kristen Price's withdrawal will not prejudice the litigants in this matter, harm the administration of justice, or delay resolution of the case. Plaintiff will continue to be represented through S. Todd Neal and Justin M. Martin of Procopio, Cory, Hargreaves & Savitch LLP.

For the foregoing reasons, the Court **GRANTS** the application to withdraw as counsel of record in this action for Plaintiff. [Doc. 20.]

**IT IS SO ORDERED.**

Dated: August 10, 2020

_____
Hon. Thomas J. Whelan
United States District Judge